AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.

V.

Averill Moran

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-11158MLW**

TO: (Name and address of Defendant)

Avrill Moran
95 Pitman Street
Methuen, AM 01844

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within  __twenty (20)__  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN - 3 2005

CLERK _(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

June 15, 2005

I hereby certify and return that on 6/10/2005 at 11:15 AM I served a true and attested copy of the summons in a civil case, complaint for violation of 47 U.S.C. 553 and conversion, civil cover sheet, corporation disclosure statement and exhibit in this action in the following manner: To wit, by leaving at the last and usual place of abode of AVERILL MORAN, 95 Pitman Street, Methuen, MA 01844 and by mailing 1st class to the above address on 6/10/2005. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($23.90), Postage and Handling ($3.00), Copies ($10.00) Total Charges $58.40

Deputy Sheriff Larry Giordano

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.