UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11158MLW

| | |
|---|---|
| COMCAST OF MASSACHUSETT I, INC. ("COMCAST"), <br>     Plaintiff <br><br>         v. <br><br> AVERILL MORAN, <br>     Defendant | ) <br> ) <br> ) <br> ) <br> )    NOTICE OF APPEARANCE <br> ) <br> ) <br> ) |

Please notice my appearance on behalf of Defendant Averill Moran in the above captioned matter

6/30/05

Respectfully submitted,
Averill Moran,
By his attorney,

Frank J. Ingram
325 Central Street
Saugus, MA 01906
(781)233-2990
BBO No. 635348