UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11158MLW

| | |
|---|---|
| COMCAST OF MASSACHUSETT I, INC. ("COMCAST"),<br>    Plaintiff<br><br>v.<br><br>AVERILL MORAN,<br>    Defendant | )<br>)<br>)<br>)<br>)  MOTION TO DISMISS<br>)<br>)<br>) |

Now comes Defendant, Averill Moran, in the above captioned matter and requests this Honorable Court ALLOW his Motion To Dismiss Plaintiff's COUNT I (Violation 47 U.S.C. § 553) pursuant to Fed. R. Civ. Proc. 12(b)(6).

The reasons therefore are stated in Defendant's Memorandum Of Law In Support Of His Motion To Dismiss, attached hereto.

6/30/05

Respectfully submitted,
Averill Moran,
By his attorney,

_____
Frank J. Ingram
325 Central Street
Saugus, MA  01906
(781)233-2990
BBO No. 635348

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail. CERTIFIED MAIL, RRR
Date: 7/1/05  F. Ing__