05-11158-mlw

## AFFIDAVIT OF AVERILL MORAN

I hereby certify the following statements to be true and accurate to the best of my knowledge and belief.

1. I am the Defendant in the matter of COMCAST OF MASSACHUSETTS I, INC v. AVERILL MORAN, Case No. 05-11158MLW.
2. I specifically deny all of the allegations in Plaintiff's herein referenced complaint.
3. I further state that all of my responsive pleadings and related submissions to the present matter are true.

Sworn this date under the pains and penalties of perjury.

_____6-30-05_____                    _____Averill K. Moran_____
Date                                    Averill Moran