UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11158MLW

| | |
|---|---|
| **COMCAST OF MASSACHUSETT I, INC.** ) <br> ("COMCAST"), ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> **AVERILL MORAN,** ) <br> Defendant ) | **FIRST AMENDED MOTION TO DISMISS** |

Now comes Defendant, Averill Moran, in the above captioned matter and requests this Honorable Court ALLOW his Motion To Dismiss Plaintiff's COUNT I (Violation 47 U.S.C. § 553) pursuant to Fed. R. Civ. Proc. 12(b)(6).

The reasons therefore are stated in Defendant's Memorandum Of Law In Support Of His Motion To Dismiss, attached hereto.

Additionally, and contingent upon the Court's dismissal of Plaintiff's Count I, Defendant requests this Honorable Court Dismiss Count II (Conversion) of plaintiff's complaint. The reason therefore is that without Count I, Plaintiff's complaint is reduced to one for common law conversion, a state claim. Accordingly, without a federal claim to maintain concurrent jurisdiction, Plaintiff's complaint must be dismissed for lack of jurisdiction of The Federal District Court.

Respectfully submitted,
Averill Moran,
By his attorney,

7/12/05

Frank J. Ingram
325 Central Street
Saugus, MA 01906
(781)233-2990
BBO No. 635348

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail: USPS Next Day mail
Date: 7/12/05   F. Ingram