UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11158MLW

| | |
|---|---|
| COMCAST OF MASSACHUSETT I, INC. ("COMCAST"),<br>Plaintiff<br><br>v.<br><br>AVERILL MORAN,<br>Defendant | )<br>)<br>)<br>)<br>) DEFENDANT'S<br>) CERTIFICATION<br>) OF LOCAL RULE 7.1 (a)(2)<br>) CONFERENCE<br>)<br>) |

Now comes counsel for Defendant, Averill Moran, and hereby certifies compliance with Local Rule 7.1 (a)(2) on this date where counsel for the parties have conferred July 15, 2005 regarding Defendant's First amended Motion To Dismiss Count I of Plaintiff's Complaint.

By agreement of counsel to the parties, the beginning of the time period for Plaintiff's submission of opposition to Defendant's motion shall be tolled until July 15, 2005 which is the anticipated date of receipt by Plaintiff's counsel of Defendant's First Amended Motion To Dismiss and Defendant's First Amended Memorandum Of Law In Support Of His Motion To Dismiss Plaintiff's Count I (Violation 47 U.S.C § 553).

Respectfully submitted,
Averill Moran,
By his attorney,

July 15, 2005

_____
Frank J. Ingram
325 Central Street
Saugus, MA 01906
(781)233-2990
BBO No. 635348