UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11158MLW

| | |
|---|---|
| COMCAST OF MASSACHUSETT I, INC. ("COMCAST"),<br>　　　　Plaintiff<br><br>AVERILL MORAN,<br>　　　　Defendant | )<br>)<br>)  NOTICE OF WITHDRAWAL<br>)  OF MOTION AND<br>)  MEMORANDUM AND<br>)  REFILING OF FIRST<br>)  AMENDED MOTION AND<br>)  MEMORANDUM |

Now comes defendant in the above captioned matter, Averill Moran, and notices the court of the following actions:

1. Defendant withdraws, **without prejudice and by agreement of counsel**, his Motion To Dismiss dated June 30, 2005 and his Memorandum Of Law In Support Of His Motion To Dismiss dated June 30, 2005 .
2. Defendant herein files, by agreement of counsel, his First Amended Motion To Dismiss and Defendant's First Amended Memorandum Of Law In Support Of His Motion To Dismiss Plaintiff's Count I (Violation 47 U.S.C. 553 )

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　Averill Moran,
　　　　　　　　　　　　　　　　　　　By his attorney,

July 15, 2005

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Frank J. Ingram
　　　　　　　　　　　　　　　　　　　325 Central Street
　　　　　　　　　　　　　　　　　　　Saugus, MA  01906
　　　　　　　　　　　　　　　　　　　(781)233-2990
　　　　　　　　　　　　　　　　　　　BBO No. 635348

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Date: 7/18/05　　F. Ingram