UNITED STATES DISTRICT COURT
DISTRICT OF MA

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 05-cv-11158 MLW |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| vs. ) | |
| ) | |
| **Averill Moran** ) | |
| ) | |
| Defendant ) | |
| ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

8/30/05
Date

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

                                           Respectfully Submitted for the Defendant,
                                           Averill Moran
                                           By his Attorney,

_8/26/05_                                    _/s/ Frank J. Ingram_
Date                                           Frank J. Ingram
                                           325 Central Street
                                           Saugus, MA 01906